```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                    Case No. 19-02601-HWV
Dwain Charles Baker                                                       Chapter 13
Michelle Louise Baker
       Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh              Page 1 of 2              Date Rcvd: Jul 30, 2019
                              Form ID: ntcnfhrg          Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2019.
```
db/jdb        +Dwain Charles Baker,    Michelle Louise Baker,    609 York Street,    Hanover, PA 17331-3363
5211241        Barclays,    P.O. Box 13337,    Philadelphia, PA 19101-3337
5226187        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5211244        Citi Cards,    P.O. Box 70166,    Philadelphia, PA 19176-0166
5211245       +Client Services, Inc,    3451 Harry S. Truman Boulevard,    St. Charles, MO 63301-9816
5211250        Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
5211252        Discover,    P.O. Box 742655,    Cincinnati, OH 45274-2655
5211253        Emergency Phys Assoc of PA, Inc,    P.O. Box 740021,    Cincinnati, OH 45274-0021
5211254        First Bankcard/Dodge,    P.O. Box 2557,    Omaha, NE 68103-2557
5218646       +First National Bank of Omaha,    1620 Dodge Street, Stop Code 3105,    Omaha, NE 68197-0002
5211257        Hanover Medical Group,    P.O. Box 824221,    Philadelphia, PA 19182-4221
5211258        Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
5211261        Macy's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
5211265        PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
5211262       +Patenaude & Felix, A.P.C.,    4545 Murphy Canyon Road,    3rd Floor,    San Diego, CA 92123-4363
5211264        Phillips & Cohen Associates LTD,    1002 Justison Street,    Mail Stop 661,
                Wilmington, DE 19801-5148
5211267       +Quantum Imaging & Theraputic Assoc,    629-D Lowther Road,    Lewisberry, PA 17339-9527
5211266        Quantum Imaging & Theraputic Assoc,    P.O. Box 62165,    Baltimore, MD 21264-2165
5211269       +Radius Global Solutions LLC,    P.O. Box 390905,    Mail Code FDD81,    Minneapolis, MN 55439-0905
5211270       +Radius Global Solutions LLC,    P.O. Box 390905,    Minneapolis, MN 55439-0905
5211268       +Radius Global Solutions LLC,    P.O. Box 390846,    Mail Code KHL1,    Minneapolis, MN 55439-0846
5211271        Sears Credit Cards,    P.O. Box 9001055,    Louisville, KY 40290-1055
5211275        Target Card Services,    P.O. Box 660170,    Dallas, TX 75266-0170
5211278        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 30 2019 19:14:45
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5211238        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:14:20      AEO/Synchrony Bank,
                P.O. Box 530942,    Atlanta, GA 30353-0942
5211237        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:14:43      AEO/Synchrony Bank,
                P.O. Box 960013,    Orlando, FL 32896-0013
5211240        E-mail/Text: legal@arsnational.com Jul 30 2019 19:12:15      ARS National Services Inc,
                P.O. Box 469100,    Escondido, CA 92046-9100
5211239        E-mail/Text: ally@ebn.phinsolutions.com Jul 30 2019 19:12:09      Ally,
                Payment Processing Center,    P.O. Box 9001951,    Louisville, KY 40290-1951
5211242        E-mail/Text: cms-bk@cms-collect.com Jul 30 2019 19:12:15      Capital Management Services LP,
                698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
5211246        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2019 19:12:17      Comenity - Express,
                P.O. Box 659728,    San Antonio, TX 78265-9728
5211247        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2019 19:12:17      Comenity - HSN,
                P.O. Box 659707,    San Antonio, TX 78265-9707
5211248        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2019 19:12:17
                Comenity - Victoria's Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728
5211249        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 30 2019 19:12:18      Comenity-Bon Ton,
                P.O. Box 659813,    San Antonio, TX 78265-9113
5211251        E-mail/PDF: creditonebknotifications@resurgent.com Jul 30 2019 19:14:46      Credit One Bank,
                P.O. Box 60500,    City of Industry, CA 91716-0500
5213012        E-mail/Text: mrdiscen@discover.com Jul 30 2019 19:12:10      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5211255        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:13:57      GAP/Synchrony Bank,
                P.O. Box 530942,    Atlanta, GA 30353-0942
5211256       +E-mail/Text: paparalegals@pandf.us Jul 30 2019 19:12:28      Gregg L. Morris, Esquire,
                501 Corporate Drive,    Southpointe Center, Suite 205,    Canonsburg, PA 15317-8584
5211259        E-mail/Text: bncnotices@becket-lee.com Jul 30 2019 19:12:11      Kohl's Payment Center,
                P.O. Box 2983,    Milwaukee, WI 53201-2983
5225775        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 30 2019 19:25:02      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5211260        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:14:20      Lowes/Synchrony Bank,
                P.O. Box 530914,    Atlanta, GA 30353-0914
5211263       +E-mail/Text: paparalegals@pandf.us Jul 30 2019 19:12:28      Patenaude & Felix, A.P.C.,
                501 Corporate Drive,    Southepointe Center, Suite 205,    Canonsburg, PA 15317-8584
5211272        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:13:57      Synchrony Bank,    P.O. Box 960061,
                Orlando, FL 32896-0061
5211624       +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:14:21      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5211273        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:13:58      Synchrony Bank/Care Credit,
                P.O. Box 960061,    Orlando, FL 32896-0061
5211274        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:14:43      Synchrony Bank/JCP,
                P.O. Box 960090,    Orlando, FL 32896-0090
5211276        E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 19:13:57      TJX Rewards/SYNCB,
                P.O. Box 530949,    Atlanta, GA 30353-0949
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5211277          E-mail/Text: julie.baugher@pinnaclehealth.org Jul 30 2019 19:12:10      UPMC Pinnacle Hanover,
                  P.O. Box 824234,    Philadelphia, PA 19182-4234
                                                                                                TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5211243*         Capital Management Services, LP,   698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
5226188*         Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Thomas E. Miller    on behalf of Debtor 1 Dwain Charles Baker staff@tommillerlawoffice.com
          Thomas E. Miller    on behalf of Debtor 2 Michelle Louise  Baker staff@tommillerlawoffice.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dwain Charles Baker,<br>**Debtor 1**<br><br>Michelle Louise Baker,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:19–bk–02601–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 4, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: September 11, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 30, 2019 |

ntcnfhrg (03/18)