United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-02601-HWV |
| Dwain Charles Baker | Chapter 13 |
| Michelle Louise Baker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Jun 21, 2024      Form ID: 3180W      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dwain Charles Baker, Michelle Louise Baker, 609 York Street, Hanover, PA 17331-3363 |
| 5211252 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 5211253 | | Emergency Phys Assoc of PA, Inc, P.O. Box 740021, Cincinnati, OH 45274-0021 |
| 5211254 | | First Bankcard/Dodge, P.O. Box 2557, Omaha, NE 68103-2557 |
| 5211256 | + | Gregg L. Morris, Esquire, 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 5211257 | | Hanover Medical Group, P.O. Box 824221, Philadelphia, PA 19182-4221 |
| 5211265 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 5211267 | + | Quantum Imaging & Theraputic Assoc, 629-D Lowther Road, Lewisberry, PA 17339-9527 |
| 5211266 | | Quantum Imaging & Theraputic Assoc, P.O. Box 62165, Baltimore, MD 21264-2165 |
| 5211624 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jun 21 2024 22:32:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jun 21 2024 22:32:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5211237 | | EDI: SYNC | Jun 21 2024 22:32:00 | AEO/Synchrony Bank, P.O. Box 960013, Orlando, FL 32896-0013 |
| 5211238 | | EDI: SYNC | Jun 21 2024 22:32:00 | AEO/Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 5211240 | | Email/Text: legal@arsnational.com | Jun 21 2024 18:35:00 | ARS National Services Inc, P.O. Box 469100, Escondido, CA 92046-9100 |
| 5211239 | | EDI: GMACFS.COM | Jun 21 2024 22:32:00 | Ally, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5237440 | | EDI: GMACFS.COM | Jun 21 2024 22:32:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5424223 | + | EDI: AISACG.COM | Jun 21 2024 22:32:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5211241 | | EDI: TSYS2 | Jun 21 2024 22:32:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 5211242 | | Email/Text: cms-bk@cms-collect.com | Jun 21 2024 18:35:00 | Capital Management Services LP, 698 1/2 South |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ogden Street, Buffalo, NY 14206-2317 |
| 5226187 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 18:49:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5211244 | | EDI: CITICORP | Jun 21 2024 22:32:00 | Citi Cards, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 5211245 | + | Email/Text: mediamanagers@clientservices.com | Jun 21 2024 18:35:00 | Client Services, Inc, 3451 Harry S. Truman Boulevard, St. Charles, MO 63301-9816 |
| 5211246 | | EDI: WFNNB.COM | Jun 21 2024 22:32:00 | Comenity - Express, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5211247 | | EDI: WFNNB.COM | Jun 21 2024 22:32:00 | Comenity - HSN, P.O. Box 659707, San Antonio, TX 78265-9707 |
| 5211248 | | EDI: WFNNB.COM | Jun 21 2024 22:32:00 | Comenity - Victoria's Secret, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 5211249 | | EDI: WFNNB.COM | Jun 21 2024 22:32:00 | Comenity-Bon Ton, P.O. Box 659813, San Antonio, TX 78265-9113 |
| 5211250 | | Email/Text: dylan.succa@commercialacceptance.net | Jun 21 2024 18:35:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5211251 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2024 18:38:56 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 5211261 | | EDI: CITICORP | Jun 21 2024 22:32:00 | Macy's, P.O. Box 78008, Phoenix, AZ 85062-8008 |
| 5237299 | | EDI: Q3G.COM | Jun 21 2024 22:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5213012 | | EDI: DISCOVER | Jun 21 2024 22:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5231171 | | Email/Text: BNCnotices@dcmservices.com | Jun 21 2024 18:35:00 | Emergency Physician Associates of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5218646 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 21 2024 18:35:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 5211255 | | EDI: SYNC | Jun 21 2024 22:32:00 | GAP/Synchrony Bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 5211258 | | EDI: CITICORP | Jun 21 2024 22:32:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 5211259 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 18:35:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 5543438 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:49:46 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543439 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:38:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5225775 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 18:38:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5211260 | | EDI: SYNC | Jun 21 2024 22:32:00 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5237264 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 21 2024 18:35:00 | PNC Bank, National Association, Attn: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 5237419 | | EDI: PRA.COM | Jun 21 2024 22:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5211264 | | Email/Text: pcabkt@phillips-cohen.com | Jun 21 2024 18:35:00 | Phillips & Cohen Associates LTD, 1002 Justison |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Street, Mail Stop 661, Wilmington, DE 19801-5148 |
| 5235680 | | EDI: Q3G.COM | Jun 21 2024 22:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5235681 | | EDI: Q3G.COM | Jun 21 2024 22:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5211268 | + | Email/Text: ngisupport@radiusgs.com | Jun 21 2024 18:35:00 | Radius Global Solutions LLC, P.O. Box 390846, Mail Code KHL1, Minneapolis, MN 55439-0846 |
| 5211269 | + | Email/Text: ngisupport@radiusgs.com | Jun 21 2024 18:35:00 | Radius Global Solutions LLC, P.O. Box 390905, Mail Code FDD81, Minneapolis, MN 55439-0905 |
| 5211270 | + | Email/Text: ngisupport@radiusgs.com | Jun 21 2024 18:35:00 | Radius Global Solutions LLC, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 5211271 | | EDI: CITICORP | Jun 21 2024 22:32:00 | Sears Credit Cards, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 5211624 | ^ | MEBN | Jun 21 2024 18:33:45 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5211272 | | EDI: SYNC | Jun 21 2024 22:32:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5211273 | | EDI: SYNC | Jun 21 2024 22:32:00 | Synchrony Bank/Care Credit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 5211274 | | EDI: SYNC | Jun 21 2024 22:32:00 | Synchrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 5237867 | + | Email/Text: bncmail@w-legal.com | Jun 21 2024 18:35:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5211276 | | EDI: SYNC | Jun 21 2024 22:32:00 | TJX Rewards/SYNCB, P.O. Box 530949, Atlanta, GA 30353-0949 |
| 5211275 | | EDI: WTRRNBANK.COM | Jun 21 2024 22:32:00 | Target Card Services, P.O. Box 660170, Dallas, TX 75266-0170 |
| 5211277 | | Email/Text: lyonsbe2@upmc.edu | Jun 21 2024 18:35:00 | UPMC Pinnacle Hanover, P.O. Box 824234, Philadelphia, PA 19182-4234 |
| 5232545 | + | EDI: WFFC2 | Jun 21 2024 22:32:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 5211278 | | EDI: WFFC | Jun 21 2024 22:32:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quantum3 Group LLC as agent for Comenity Capital B |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5211243 | * | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5226188 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5543440 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543442 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543444 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543446 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543448 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543450 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543441 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
| --- | --- | --- |
| 5543443 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543445 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543447 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543449 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5543451 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5237517 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5211263 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southepointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 5211262 | ##+ | Patenaude & Felix, A.P.C., 4545 Murphy Canyon Road, 3rd Floor, San Diego, CA 92123-4363 |

TOTAL: 1 Undeliverable, 16 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Thomas E. Miller | on behalf of Debtor 1 Dwain Charles Baker staff@tommillerlawoffice.com |
| Thomas E. Miller | on behalf of Debtor 2 Michelle Louise Baker staff@tommillerlawoffice.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Dwain Charles Baker<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1810<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Michelle Louise Baker<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–9263<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-02601-HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dwain Charles Baker                    Michelle Louise Baker

6/21/24

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**